IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LADAREAN WOODARD, §<br>#50078-177, §<br>　　　　Movant, §<br>　　　　　　　　　　　　§<br>v. §<br>　　　　　　　　　　　　§<br>UNITED STATES OF AMERICA, §<br>　　　　Respondent. § | No. 3:23-cv-00521-M (BT)<br>No. 3:19-cr-00177-M-1 |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The Court has taken under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated April 24, 2023. The Court has reviewed the Findings, Conclusions, and Recommendation for plain error and has found none. **IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted. Moreover, to the extent it is necessary, the Court **DENIES** a certificate of appealability.

**SO ORDERED** this 22nd day of May, 2023.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE